IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GARRETT KERN,**
**D.O.C. # Y48052,**

    *Plaintiff,*
v.                                                      **Case No.: 4:25cv241-MW/MAF**

**CLAYTON WEISS,**

    *Defendant.*
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 22. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

    The report and recommendation, ECF No. 22, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for preliminary injunctive relief, ECF No. 18, is **DENIED**. This case is remanded to the Magistrate Judge for further proceedings.

    **SO ORDERED on November 6, 2025.**

                                                        **s/Mark E. Walker**
                                                        **United States District Judge**