IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GARRETT KERN,**
**D.O.C. # Y48052,**

    *Plaintiff,*

v.                                                                         Case No.: 4:25cv241-MW/MAF

**CLAYTON WEISS,**

    *Defendant.*

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 28. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 28, is **accepted and adopted** as this Court's opinion. Plaintiff's second motion for preliminary injunctive relief, ECF No. 24, is **DENIED**. This matter is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on December 1, 2025.**

                                                                        **s/Mark E. Walker**
                                                                        **United States District Judge**